The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY R. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration,<br><br>Defendant. | No. C15-1933-RAJ-BAT<br><br>[PROPOSED] ORDER. |

IT IS HEREBY ORDERED that Plaintiff is awarded $9,585.00 in attorney fees pursuant to the Equal Access to Justice Act [EAJA], 28. U.S.C. § 2412. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed2d 91

ORDER (C15-1933-RAJ-BAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

(2010), payment of this award shall be made to Plaintiff's attorney Schroeter, Goldmark & Bender.

DATED this 28th day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER (C15-1933-RAJ-BAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305